MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-00363 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING TO |
| v. | |
| MANUEL GUERRERO-JASSO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for May 31, 2012 at 9 am be continued and rescheduled to June 7, 2012 at 9am. The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of May 31, 2012 at 9am be continued until June 7, 2012 at 9am.

The reason for the continuance is that Government counsel is seeking the plea colloquy transcript from the defendant's February 23, 2012 change of plea hearing in this matter. Defense counsel is contending that the defendant may not be sentenced to more than the statutory maximum of 24 months pursuant to 18 U.S.C. Section 1326(a) because the defendant did not

1

admit the date of his deportation at his change of plea hearing. *See* Defendant's May 17, 2012 Sentencing Memorandum. (Doc. No. 23). The parties have requested the transcript and have not received it as of the date of this filing. The Government requires additional time to obtain and review the plea colloquy transcript to determine whether the defendant admitted the date of his deportation.

It is so stipulated.

DATED: May 29, 2012

MELINDA HAAG
United States Attorney

___/s/_____
CAROLYNE ARANGO SANIN
Special Assistant United States Attorney

___/s/_____
CYNTHIA LIE
Attorney for Defendant

# [] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in this matter previously set for May 31, 2012 at 9am be continued and rescheduled to June 7, 2012 at 9am.

IT IS SO ORDERED.

DATED: Í ~~DICTG~~

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE